Opinion issued April 22, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-01135-CR

———————————

gerald earl gilbert, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 228th District Court 

Harris County, Texas



Trial Court Case No. 958955

 



 

MEMORANDUM OPINION 

          On March 25, 2010, appellant, Gerald Earl Gilbert, filed a pro
se motion requesting to withdraw his notice of appeal.  Given appellant’s expressed desire to
forego pursuit of his appeal, we construe his request as a motion to dismiss this
appeal.  We have not yet
issued a decision.  See Tex. R. App. P. 42.2(a).    Accordingly, we grant the motion and dismiss
the appeal.     

          We dismiss any pending motions as
moot.

          We direct the Clerk of this Court to
issue the mandate within 10 days.  Tex. R. App. P. 18.1.  

PER CURIAM

Panel consists
of Justices Keyes, Sharp, and Massengale.

Do
not publish.   Tex. R. App. P. 47.2(b).